| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Chong S. Kim, Esq.<br>79 Main St., Ste. 1<br>Hackensack, NJ 07601<br>(973) 842-7099<br>ATTORNEY FOR DEBTORS | <br><br>Order Filed on June 13, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>　LUDIN PIERRE and MARIE T. PIERRE,<br><br>　　　　　　　　　　　　　　Debtor(s). | Case No.:　　18-20210<br><br>Hearing Date:<br><br>Judge:　　Hon. Michael B. Kaplan<br><br>Chapter:　　13 |

## ORDER RE EXTENSION OF TIME
## TO FILE SCHEDULES AND OTHER MISSING DOCUMENTS

The relief set forth on the following page is here by **ORDERED**.

**DATED: June 13, 2018**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Honorable Michael B. Kaplan
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the the debtor's request is:

☒  Granted.  The deadline to file schedules and other missing documents is extended to _____June 29, 2018._____

☐  Denied.