UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Chong S. Kim, Esq.
79 Main St., Ste. 1
Hackensack, NJ 07601
(973) 842-7099
ATTORNEY FOR DEBTORS

Order Filed on June 13, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

LUDIN PIERRE and MARIE T. PIERRE,

Debtor(s).

Case No.: 18-20210

Hearing Date:

Judge: Hon. Michael B. Kaplan

Chapter: 13

## ORDER RE EXTENSION OF TIME
## TO FILE SCHEDULES AND OTHER MISSING DOCUMENTS

The relief set forth on the following page is here by **ORDERED**.

**DATED: June 13, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the the debtor's request is:

☒  Granted.  The deadline to file schedules and other missing documents is extended to
               ___June 29, 2018._____

☐  Denied.

Case 18-20210-MBK    Doc 14    Filed 06/16/18    Entered 06/17/18 00:33:43    Desc Imaged
Certificate of Notice    Page 2 of 3

United States Bankruptcy Court
District of New Jersey

In re:  
Ludin Pierre  
Marie T Pierre  
    Debtors

Case No. 18-20210-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Jun 14, 2018  
                 Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2018.  
db/jdb      +Ludin Pierre,    Marie T Pierre,    1 Angel Place,    Somerset, NJ 08873-4122

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2018      Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2018 at the address(es) listed below:  
     Albert Russo    docs@russotrustee.com  
     Chong S. Kim    on behalf of Joint Debtor Marie T Pierre fax.csklaw@gmail.com  
     Chong S. Kim    on behalf of Debtor Ludin Pierre fax.csklaw@gmail.com  
     Kevin Gordon McDonald    on behalf of Creditor    Deutsche Bank Trust Company Americas, as Trustee for Residential Accredit Loans, Inc., kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
     Nicholas V. Rogers    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION nj.bkecf@fedphe.com  
     U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
     TOTAL: 6