Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–20210–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Ludin Pierre
1 Angel Place
Somerset, NJ 08873

Marie T Pierre
1 Angel Place
Somerset, NJ 08873

Social Security No.:
xxx–xx–0634

xxx–xx–7973

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:         8/14/18
Time:         10:00 AM
Location:     Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

    An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

    **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: June 27, 2018
JAN: amg

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                            Case No. 18-20210-MBK
Ludin Pierre                                                      Chapter 13
Marie T Pierre
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Jun 27, 2018
                              Form ID: 132             Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 29, 2018.
db/jdb          +Ludin Pierre,    Marie T Pierre,    1 Angel Place,    Somerset, NJ 08873-4122
cr              +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,     Phelan Hallinan & Schmieg, PC,
                  400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr              +Selene Finance as servicer for Trifera, LLC,     c/o Weinstein & Riley, P.S.,
                  11 Broadway, Suite 615,    New York, NY 10004-1490
517615900       +781 Realty MGT LLC,    c/o IVL Group,    60 Roseland Ave.,    Caldwell, NJ 07006-5955
517542474        Bank of America - MTG 2,    400 Countrywide Way,    Simi Valley, CA 93065
517542475       +Bayview Loan Servicing LLC,    P.O. Box 650091,    Dallas, TX 75265-0091
517542476       +BoA - MTG,    4161 Piedmont Pkwy,    Greensboro, NC 27410-8110
517615905       +CPAMG LLC,    c/o Rand Commercial Services,    2 68 South Main St.,    New City, NY 10956-3327
517615904       +CPAMG LLC,    10 Schriever Ln.,    New City, NY 10956-3314
517542477       +Cenlar FSB,    425 Phillips Blvd.,    Trenton, NJ 08618-1430
517615901       +Chase,    P.O. Box 15153,    Wilmington, DE 19886-5153
517542478       +Chase Mortgage,    P.O. Box 78420,    Phoenix, AZ 85062-8420
517542479        Citi Mortgage,    P.O. Box 39494,    Hyattsville, MD 20785
517615902       +ClearSpring Loan Services,    18451 Dallas Pkwy, Ste. 100,    Dallas, TX 75287-5209
517542480       +DEUTSCHE BANK NATIONAL TRUST,    8657 Baypine Rd.,    Jacksonville, FL 32256-8634
517542481       +Ditech Financial LLC,    1100 Virginia Drive, Suite 100A,    Fort Washington, PA 19034-3276
517542482       +EAR Properties International LLC,    P.O. Box 7674,    New York, NY 10116-7674
517542483       +Federal National Mortgage Asso,    3900 Wisconsin Ave., NW,    Washington, DC 20016-2806
517542484       +Fein Such Kahn & Shepard,    7 Century Dr #201,    Parsippany, NJ 07054-4673
517615906       +JW Pierson Co.,    89 Dodd St.,    East Orange, NJ 07017-3221
517615907       +KML Law Group,    216 Haddon Ave., Ste. 406,    Collingswood, NJ 08108-2812
517615909       +Macy's,    P.O. Box 78008,    Phoenix, AZ 85062-8008
517542486       +McCabe, Weisberg & Conway, PC,    216 Haddon Ave.,    Collingswood, NJ 08108-1120
517590042      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:    Nationstar Mortgage LLC,    Bankruptcy Department,    PO Box 619096,
                  Dallas, Texas 75261-9741)
517615911       +NJ - Attorney General,    25 Market St.,    Trenton, NJ 08611-2148
517615912       +NJ Div. of Unemployment & Disability,    P.O. Box 956,    Trenton, NJ 08625-0956
517542487       +Nationstar,    P.O. Box 619063,    Dallas, TX 75261-9063
517615910       +New York Community Bank,    615 Merrick Avenue,    Westbury, NY 11590-6607
517542488       +Ocwen Loan Servicing LLC,    P.O. Box 660264,    Dallas, TX 75266-0264
517542489       +PHELAN HALLINAN DIAMOND & JONES, PC,    400 Fellowship Rd., Ste. 400,
                  Mount Laurel, NJ 08054-3437
517542490       +PNC Mortgage,    P.O. Box 8807,    Dayton, OH 45401-8807
517542491       +Robertson, Anschutz & Schneid, PL,    6409 Congress Ave., Ste. 100,    Boca Raton, FL 33487-2853
517542492       +Seterus,    P.O. Box 1077,    Hartford, CT 06143-1077
517542493       +Shapiro & Denardo, LLC,    14000 Commerce Parkway, Suite B,    Mount Laurel, NJ 08054-2242
517542494       +Stern, Lavinthal & Frankenberg LLC,    105 Eisenhower Parkway, Suite 302,
                  Roseland, NJ 07068-1640
517615899       +Todrabh Property Mgt, Inc.,    188 Country Club Dr.,    Florida, NY 10921-1518
517586614       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
517615913       +Wells Fargo Bank,    P . o . Box 511 72,    Los Angeles, CA 90051-5472
517542495       +Wells Fargo Home Mortgage,    P.O. Box 10368,    Des Moines, IA 50306-0368
517542496       +Wintrust Mortgage,    9700 W. Higgins Road,    Des Plaines, IL 60018-4796

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jun 27 2018 23:18:58     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 27 2018 23:18:56      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
517615903       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 27 2018 23:18:44      Comenity Bank,
                  P.O. Box 182789,    Columbus, OH 43218-2789
517542485       +E-mail/Text: bky@martonelaw.com Jun 27 2018 23:18:00      Frank J. Martone, PC,    1455 Broad St.,
                  Bloomfield, NJ 07003-3008
517615908       +E-mail/Text: bnckohlsnotices@becket-lee.com Jun 27 2018 23:18:09      Kohl's,    PO Box 3043,
                  Milwaukee, WI 53201-3043
517566628       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 27 2018 23:37:11      T Mobile/T-Mobile USA Inc,
                  by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jun 27, 2018
                              Form ID: 132             Total Noticed: 46
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 27, 2018 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Charles H. Jeanfreau    on behalf of Creditor    Selene Finance as servicer for Trifera, LLC
               Charlesj@w-legal.com,  BNCmail@w-legal.com
              Chong S. Kim    on behalf of Joint Debtor Marie T Pierre fax.csklaw@gmail.com
              Chong S. Kim    on behalf of Debtor Ludin   Pierre fax.csklaw@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    Deutsche Bank Trust Company Americas, as Trustee
               for Residential Accredit Loans, Inc., kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Nicholas V. Rogers    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                         TOTAL: 7
```