# NOTICE OF OBJECTION TO CONFIRMATION

JPMORGAN CHASE BANK, NATIONAL ASSOCIATION has filed papers with the Court to object to the Confirmation of the Chapter 13 Plan.

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to object to the Confirmation of the Chapter 13 Plan, or if you want the Court to consider your views on the Objection, then on or before, you or your attorney must:

> File with the Court an answer, explaining your position at:
> **Clerk**
> **U.S. Bankruptcy Court**
> **402 E. State Street**
> **Trenton, NJ 08608**

If you mail your response to the Court for filing, you must mail it early enough so that the Court will *receive* it on or before the date stated above.

You must also mail a copy to:

| | |
|---|---|
| Phelan Hallinan Diamond & Jones, PC<br>400 Fellowship Road, Suite 100<br>Mt. Laurel, NJ 08054 | ALBERT RUSSO, Trustee<br>CN 4853, SUITE 101<br>TRENTON, NJ 08650 |

> Attend the hearing scheduled to be held on 08/14/2018 in the TRENTON Bankruptcy Court, at the following address:
> **U.S. Bankruptcy Court**
> **402 E. State Street**
> **Trenton, NJ 08608**

If you or your attorney do not make these steps, the Court may decide that you do not oppose the relief sought in the Objection and may enter an Order granting that relief.

Date: July 6, 2018

/s/ Nicholas V. Rogers
Nicholas V. Rogers, Esq.
Phelan Hallinan Diamond & Jones, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
Tel: 856-813-5500 Ext. 42689
Fax: 856-813-5501
Email: nicholas.rogers@phelanhallinan.com

File No. 811384
Phelan Hallinan Diamond & Jones, PC
400 Fellowship Road
Mt. Laurel, NJ 08054
856-813-5500
FAX Number 856-813-5501
JPMORGAN CHASE BANK, NATIONAL ASSOCIATION

| In Re:<br>LUDIN PIERRE<br>MARIE T. PIERRE<br><br><br><br>Debtors | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>TRENTON VICINAGE<br><br>Chapter 13<br><br>Case No. 18-20210 - MBK<br><br>Hearing Date: 08/14/2018 |
|---|---|

    The undersigned, Phelan Hallinan Diamond & Jones, PC, attorneys for Secured Creditor, JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, the holder of a Mortgage on debtors residence located at 473 SOUTH CLINTON STREET, EAST ORANGE, NJ 07018-1030 hereby objects to the Confirmation of the debtors proposed Chapter 13 Plan on the following grounds:

    1.    Secured Creditor is JPMORGAN CHASE BANK, NATIONAL ASSOCIATION.

    2.    Debtors, MARIE T. PIERRE, LUDIN PIERRE are the owners of the property located at 473 SOUTH CLINTON STREET, EAST ORANGE, NJ 07018-1030.

    3.    Secured Creditor is in the process of drafting and filing a Proof of Claim. The approximate arrears are $1,852.26.

    4.    Debtor's Plan does not provide for payment of arrears to Secured Creditor. Debtor's Plan provides for the Debtor's pursuit of a loan modification. Debtor's Plan is speculative in nature in that the Plan contemplates curing the arrears through a loan modification that has neither been offered nor approved. A copy of the Debtor's Plan is attached hereto as Exhibit "A" and made a part hereof.

    5.    Debtor's Plan fails to cure the delinquency pursuant to 11 U.S.C. §1322(b)(5). Secured Creditor objects to Debtor's Plan as it is underfunded.

6.  Debtor's Plan should be amended to fully fund the arrears owed to Secured Creditor. Absent a modification by the Debtor, confirmation of Debtor's proposed Plan should be denied.

WHEREFORE, JPMORGAN CHASE BANK, NATIONAL ASSOCIATION respectfully requests that the Confirmation of Debtors Plan be denied.

/s/ Nicholas V. Rogers
Nicholas V. Rogers, Esq.
Phelan Hallinan Diamond & Jones, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
Tel: 856-813-5500 Ext. 42689
Fax: 856-813-5501
Email: nicholas.rogers@phelanhallinan.com

Dated: July 6, 2018

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>811384<br>Phelan Hallinan Diamond & Jones, PC<br>400 Fellowship Road, Suite 100<br>Mt. Laurel, NJ 08054<br>856-813-5500<br>Attorneys for JPMORGAN CHASE BANK,<br>NATIONAL ASSOCIATION | |
| In Re:<br><br>Ludin Pierre<br>Marie T. Pierre | Case No: 18-20210 - MBK<br><br>Hearing Date: _____<br><br>Judge: MICHAEL B KAPLAN<br><br>Chapter: 13 |

## CERTIFICATION OF SERVICE

1. I, Melissa Reiner:

   ☐ represent the _____ in the above-captioned matter.

   ☒ am the secretary/paralegal for Phelan Hallinan Diamond & Jones, PC, who represents JPMORGAN CHASE BANK, NATIONAL ASSOCIATION in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On July 6, 2018 I sent a copy of the following pleadings and/or documents to the parties listed below:

   Objection to Plan

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: July 6, 2018                        /s/ *Melissa Reiner*
                                           Melissa Reiner

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie T. Pierre<br>473 South Clinton Street<br>East Orange, NJ 07018-1030 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Ludin Pierre<br>473 South Clinton Street<br>East Orange, NJ 07018-1030 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Chong Kim, Esquire<br>449 Borough Lane<br>Suite 5<br>Palisades Park, NJ 07040 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Albert Russo, Trustee<br>CN 4853<br>Suite 101<br>Trenton, NJ 08650 | Trustee | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

2

# Exhibit "A"

Last revised: August 1, 2017

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:                                                       Case No.: __18-20210-MBK__

LUDIN PIERRE and MARIE PIERRE,           Judge: _____

Debtor(s)

## Chapter 13 Plan and Motions

☒ Original        ☐ Modified/Notice Required        Date: __06-27-2018__

☐ Motions Included        ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☒ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: __ck__      Initial Debtor: __lp__      Initial Co-Debtor: __mp__

| Part 1: | Payment and Length of Plan |
|---|---|

a. The debtor shall pay $ __300__ per __month__ to the Chapter 13 Trustee, starting on __06-01-2018__ for approximately __6__ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

☒ Future earnings

☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

☒ Sale of real property
Description:
Proposed date for completion: _____

☐ Refinance of real property:
Description:
Proposed date for completion: _____

☒ Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

2

| Part 2: | Adequate Protection ☒ NONE | |
|---|---|---|

a. Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

b. Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

| Part 3: | Priority Claims (Including Administrative Expenses) | |
|---|---|---|

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ 2500 |
| DOMESTIC SUPPORT OBLIGATION | | |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount: Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | | |

| Part 4: | Secured Claims |
|---|---|

**a. Curing Default and Maintaining Payments on Principal Residence:** ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

**b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

**c. Secured claims excluded from 11 U.S.C. 506:** ☒ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

4

| | |
|---|---|
| **d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☒ **NONE** | |

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☒ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| | | | |

**f. Secured Claims Unaffected by the Plan** ☐ **NONE**

The following secured claims are unaffected by the Plan:

Case 8:20-02200-MBK    Doc 23    Filed 06/29/18    Entered 06/30/18 00:36:46    Desc Main
Document    Notice    Page 11 of 12

| g. Secured Claims to be Paid in Full Through the Plan: ☒ NONE |||
|---|---|---|
| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|  |  |  |

### Part 5: Unsecured Claims ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☐ Not less than _____ percent

☒ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

### Part 6: Executory Contracts and Unexpired Leases ☒ NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
|  |  |  |  |  |

6

| Part 7: | Motions ☒ NONE |
|---|---|

**NOTE:** All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.

### a. Motion to Avoid Liens Under 11. U.S.C. Section 522(f). ☐ NONE

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

### b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured. ☒ NONE

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

| c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.  ☒ NONE |
|---|

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### Part 8: Other Plan Provisions

#### a. Vesting of Property of the Estate

☒ Upon confirmation

☐ Upon discharge

#### b. Payment Notices

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

#### c. Order of Distribution

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions
2) Attorney fee
3) Secured Creditor
4) Unsecured Creditors

#### d. Post-Petition Claims

The Standing Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

| Part 9: | Modification ☐ NONE |
|---|---|

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: _____.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| | |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☐ No

| Part 10: | Non-Standard Provision(s): Signatures Required |
|---|---|

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are void.

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Certification.

I certify under penalty of perjury that the plan contains no non-standard provisions other than those set forth in this final paragraph.

Date: 06/27/2018                                     /s/ Chong S. Kim
                                                     Attorney for the Debtor

Date: 06/27/2018                                     /s/ Ludin Pierre
                                                     Debtor

Date: 06/27/2018                                     /s/ Marie T. Pierre
                                                     Joint Debtor

| Signatures | |
|---|---|
| The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan. | |
| Date: 06/27/2018 | /s/ Chong S. Kim<br>Attorney for the Debtor |
| I certify under penalty of perjury that the above is true. | |
| Date: 06/27/2018 | /s/ Ludin Pierre<br>Debtor |
| Date: 06/27/2018 | /s/ Marie T. Pierre<br>Joint Debtor |

```
                              United States Bankruptcy Court
                                    District of New Jersey
In re:                                                                Case No. 18-20210-MBK
Ludin Pierre                                                          Chapter 13
Marie T Pierre
         Debtors                      CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin                 Page 1 of 2        Date Rcvd: Jun 27, 2018
                               Form ID: pdf901             Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 29, 2018.
db/jdb         +Ludin Pierre,    Marie T Pierre,    1 Angel Place,    Somerset, NJ 08873-4122
cr             +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,     Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr             +Selene Finance as servicer for Trifera, LLC,     c/o Weinstein & Riley, P.S.,
                 11 Broadway, Suite 615,    New York, NY 10004-1490
517542474       Bank of America - MTG 2,    400 Countrywide Way,     Simi Valley, CA 93065
517542475      +Bayview Loan Servicing LLC,    P.O. Box 650091,     Dallas, TX 75265-0091
517542476      +BoA - MTG,    4161 Piedmont Pkwy,    Greensboro, NC 27410-8110
517542477      +Cenlar FSB,    425 Phillips Blvd.,    Trenton, NJ 08618-1430
517542478      +Chase Mortgage,    P.O. Box 78420,    Phoenix, AZ 85062-8420
517542479       Citi Mortgage,    P.O. Box 39494,    Hyattsville, MD 20785
517542480      +DEUTSCHE BANK NATIONAL TRUST,     8657 Baypine Rd.,    Jacksonville, FL 32256-8634
517542481      +Ditech Financial LLC,    1100 Virginia Drive, Suite 100A,    Fort Washington, PA 19034-3276
517542482      +EAR Properties International LLC,     P.O. Box 7674,    New York, NY 10116-7674
517542483      +Federal National Mortgage Asso,     3900 Wisconsin Ave., NW,    Washington, DC 20016-2806
517542484      +Fein Such Kahn & Shepard,    7 Century Dr #201,    Parsippany, NJ 07054-4673
517542486      +McCabe, Weisberg & Conway, PC,     216 Haddon Ave.,    Collingswood, NJ 08108-1120
517590042     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court:    Nationstar Mortgage LLC,     Bankruptcy Department,    PO Box 619096,
                 Dallas, Texas 75261-9741)
517542487      +Nationstar,    P.O. Box 619063,    Dallas, TX 75261-9063
517542488      +Ocwen Loan Servicing LLC,    P.O. Box 660264,    Dallas, TX 75266-0264
517542489      +PHELAN HALLINAN DIAMOND & JONES, PC,     400 Fellowship Rd., Ste. 400,
                 Mount Laurel, NJ 08054-3437
517542490      +PNC Mortgage,    P.O. Box 8807,    Dayton, OH 45401-8807
517542491      +Robertson, Anschutz & Schneid, PL,     6409 Congress Ave., Ste. 100,    Boca Raton, FL 33487-2853
517542492      +Seterus,    P.O. Box 1077,   Hartford, CT 06143-1077
517542493      +Shapiro & Denardo, LLC,    14000 Commerce Parkway, Suite B,    Mount Laurel, NJ 08054-2242
517542494      +Stern, Lavinthal & Frankenberg LLC,     105 Eisenhower Parkway, Suite 302,
                 Roseland, NJ 07068-1640
517586614      +Toyota Motor Credit Corporation,     PO Box 9013,    Addison, Texas 75001-9013
517542495      +Wells Fargo Home Mortgage,    P.O. Box 10368,    Des Moines, IA 50306-0368
517542496      +Wintrust Mortgage,    9700 W. Higgins Road,    Des Plaines, IL 60018-4796

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 27 2018 23:18:58      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 27 2018 23:18:56      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517542485      +E-mail/Text: bky@martonelaw.com Jun 27 2018 23:18:00      Frank J. Martone, PC,    1455 Broad St.,
                 Bloomfield, NJ 07003-3068
517566628      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 27 2018 23:37:28      T Mobile/T-Mobile USA Inc,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 4

                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2018                                    Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2           Date Rcvd: Jun 27, 2018
                              Form ID: pdf901          Total Noticed: 31
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2018 at the address(es) listed below:

```
              Albert    Russo   docs@russotrustee.com
              Charles H. Jeanfreau    on behalf of Creditor    Selene Finance as servicer for Trifera, LLC
               Charlesj@w-legal.com,  BNCmail@w-legal.com
              Chong S. Kim    on behalf of Joint Debtor Marie T Pierre fax.csklaw@gmail.com
              Chong S. Kim    on behalf of Debtor Ludin  Pierre fax.csklaw@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    Deutsche Bank Trust Company Americas, as Trustee
               for Residential Accredit Loans, Inc., kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Nicholas V. Rogers    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```

Case 18-20200-MBK    Doc 23    Filed 06/29/18    Entered 06/30/18 00:34:46    Desc Imaged
                     Certificate of Notice    Page 18 of 18