| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>MILSTEAD & ASSOCIATES, LLC<br>By: Andrew M. Lubin<br>Atty. ID: AL0814<br>1 E. Stow Road<br>Marlton, NJ 08053<br>(856) 482-1400<br>File No. 226206-2<br>Attorneys for Secured Creditor: U.S. Bank Trust<br>National Association, as Trustee for Towd Point Master<br>Funding Trust 2017-PM13 | |
| In Re:<br><br>Ludin Pierre and Marie T. Pierre | Case No.: 18-20210-MBK<br>Chapter 13<br><br>Hearing Date: August 14, 2018<br>Time: 10:00 a.m.<br>Judge: Michael B. Kaplan |

**OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

U.S. Bank Trust National Association, as Trustee for Towd Point Master Funding Trust 2017-PM13 ("Secured Creditor"), by its counsel, Andrew M. Lubin, Esquire, of MILSTEAD & ASSOCIATES, LLC, states the following grounds as an Objection to Confirmation of Debtor's Chapter 13 Plan:

1.　On May 21, 2018, Debtors, Ludin Pierre and Marie T. Pierre filed a petition pursuant to Chapter 13 of Title 11 of the United States Code in the United States Bankruptcy Court for the District of New Jersey.

2.　Secured Creditor is the holder of a first mortgage on real property owned by the Debtor known as and located at 22 Nelson Place, Maplewood, NJ 07040 (the "Property").

3.　Secured Creditor has not yet filed its Proof of Claim in this matter, but anticipates doing so shortly. As such, Secured Creditor reserves the right to supplement this objection.

4.　As will be more fully set forth in the aforementioned proof of claim, as of the date of the filing of the instant Chapter 13 petition, total arrears due to Secured Creditor through the Plan at this

time are anticipated to be approximately $352,576.95.

5. Schedule A of the Debtors' petition lists seven properties in which Debtors have an ownership interest.

6. In Part 1.c. of the plan, Debtors have proposed a sale of real property and a loan modification without listing the addresses for which the respective treatments will be sought.

7. Secured Creditor objects as Debtors' Plan fails to delineate the treatment for the individual properties.

8. Secured Creditor objects as the Debtors' plan fails to indicate a proposed date of completion for either a sale or a modification.

9. In the event that Debtors are proposing a sale of the property securing the loan of Secured Creditor, Secured Creditor objects to receiving less than the full amount of the payoff of the loan.

10. In the event that Debtors are proposing a sale of the property securing the loan of Secured Creditor, Secured Creditor objects if at the time of the confirmation hearing, an Order Authorizing Retention of Real Estate Agent has not been entered.

11. In the event that Debtors are proposing a loan modification, Secured Creditor objects in the event that Debtors do not at the time of the confirmation hearing provide proof of a completed modification packet having been submitted to the Secured Creditor.

12. Secured Creditor objects in the event that Debtor is not current with adequate protection payments at the time of the confirmation hearing.

13. Secured Creditor objects to the Debtor's Chapter 13 Plan as same does not propose to cure the entire pre-petition delinquency due to Secured Creditor and thus the Plan is not feasible as filed.

WHEREFORE, Secured Creditor respectfully requests that the Court deny confirmation of the Chapter 13 Plan for the reasons hereinabove set forth.

                                              Respectfully submitted
                                              MILSTEAD & ASSOCIATES, LLC

DATED: July 11, 2018

                                              /s/Andrew M. Lubin
                                              Andrew M. Lubin, Esquire
                                              Attorney ID No. AL0814
                                              1 E. Stow Road
                                              Marlton, NJ 08053
                                              (856) 482-1400
                                              Attorneys for Secured Creditor

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>MILSTEAD & ASSOCIATES, LLC<br>By: Andrew M. Lubin   Atty. ID: AL0814<br>1 E. Stow Road<br>Marlton, NJ 08053<br>(856) 482-1400<br>File No. 226206-2<br>Attorneys for Secured Creditor: U.S. Bank Trust National Association, as Trustee for Towd Point Master Funding Trust 2017-PM13 | |
| In Re:<br><br>Ludin Pierre and Marie T. Pierre | Case No.: 18-20210-MBK<br>Chapter 13<br><br>Judge: Michael B. Kaplan |

## CERTIFICATION OF SERVICE

1. I, <u>Andrew M. Lubin, Esquire</u>:

   ☑ represent the <u>Secured Creditor</u> in the above-captioned matter.

   ☐ am the secretary/paralegal for _____, who represents the _____ in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On July 11, 2018, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   Notice of Mortgage Payment Change

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

DATED: July 11, 2018                               /s/   Andrew M. Lubin

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Albert Russo<br>CN 4853<br>Trenton, NJ 08650-4853 | Trustee | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Chong S. Kim<br>Law Offices of Chong S. Kim<br>449 Borough Lane<br>Suite 5<br>Palisades Park, NJ 07040 | Debtor's Attorney | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Ludin Pierre<br>1 Angel Place<br>Somerset, NJ 08873 | Debtor | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Marie T. Pierre<br>1 Angel Place<br>Somerset, NJ 08873 | Debtor | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.