Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−20210−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Ludin Pierre
1 Angel Place
Somerset, NJ 08873

Marie T Pierre
1 Angel Place
Somerset, NJ 08873

Social Security No.:
xxx−xx−0634

xxx−xx−7973

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
Debtor and Joint Debtor was entered on August 15, 2018.

Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: August 16, 2018
JAN: kmf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-20210-MBK
Ludin Pierre                                                          Chapter 13
Marie T Pierre
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin              Page 1 of 2              Date Rcvd: Aug 16, 2018
                             Form ID: 148             Total Noticed: 53

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 18, 2018.
```
db/jdb         +Ludin Pierre,    Marie T Pierre,    1 Angel Place,    Somerset, NJ 08873-4122
cr             +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr             +Selene Finance as servicer for Trifera, LLC,    c/o Weinstein & Riley, P.S.,
                 11 Broadway, Suite 615,    New York, NY 10004-1490
cr             +Trifera, LLC,    Selene Finance,    9990 Richmond Ave, Suite 400 South,    Houston, TX 77042-4546
517615900      +781 Realty MGT LLC,    c/o IVL Group,    60 Roseland Ave.,    Caldwell, NJ 07006-5955
517542474       Bank of America - MTG 2,    400 Countrywide Way,    Simi Valley, CA 93065
517542475      +Bayview Loan Servicing LLC,    P.O. Box 650091,    Dallas, TX 75265-0091
517542476      +BoA - MTG,    4161 Piedmont Pkwy,    Greensboro, NC 27410-8110
517615905      +CPAMG LLC,    c/o Rand Commercial Services,    2 68 South Main St.,    New City, NY 10956-3327
517615904      +CPAMG LLC,    10 Schriever Ln.,    New City, NY 10956-3314
517542477      +Cenlar FSB,    425 Phillips Blvd.,    Trenton, NJ 08618-1430
517542478      +Chase Mortgage,    P.O. Box 78420,    Phoenix, AZ 85062-8420
517542479       Citi Mortgage,    P.O. Box 39494,    Hyattsville, MD 20785
517615902      +ClearSpring Loan Services,    18451 Dallas Pkwy, Ste. 100,    Dallas, TX 75287-5209
517542480      +DEUTSCHE BANK NATIONAL TRUST,    8657 Baypine Rd.,    Jacksonville, FL 32256-8634
517542481      +Ditech Financial LLC,    1100 Virginia Drive, Suite 100A,    Fort Washington, PA 19034-3276
517542482      +EAR Properties International LLC,    P.O. Box 7674,    New York, NY 10116-7674
517542483      +Federal National Mortgage Asso,    3900 Wisconsin Ave., NW,    Washington, DC 20016-2806
517542484      +Fein Such Kahn & Shepard,    7 Century Dr #201,    Parsippany, NJ 07054-4673
517655400      +JPMorgan Chase Bank, National Association,    Chase Records Center,    Attn: Correspondence Mail,
                 Mail Code LA4-5555,    700 Kansas Lane,    Monroe LA 71203-4774
517615906      +JW Pierson Co.,    89 Dodd St.,    East Orange, NJ 07017-3221
517615907      +KML Law Group,    216 Haddon Ave., Ste. 406,    Collingswood, NJ 08108-2812
517615909      +Macy's,    P.O. Box 78008,    Phoenix, AZ 85062-8008
517542486      +McCabe, Weisberg & Conway, PC,    216 Haddon Ave.,    Collingswood, NJ 08108-1120
517590042     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage LLC,     Bankruptcy Department,    PO Box 619096,
                 Dallas, Texas 75261-9741)
517615911      +NJ - Attorney General,    25 Market St.,    Trenton, NJ 08611-2148
517615912      +NJ Div. of Unemployment & Disability,    P.O. Box 956,    Trenton, NJ 08625-0956
517542487      +Nationstar,    P.O. Box 619063,    Dallas, TX 75261-9063
517615910      +New York Community Bank,    615 Merrick Avenue,    Westbury, NY 11590-6607
517542488      +Ocwen Loan Servicing LLC,    P.O. Box 660264,    Dallas, TX 75266-0264
517542489      +PHELAN HALLINAN DIAMOND & JONES, PC,    400 Fellowship Rd., Ste. 400,
                 Mount Laurel, NJ 08054-3437
517626298      +PNC Bank, N.A.,    Attn: Bankruptcy,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
517542490      +PNC Mortgage,    P.O. Box 8807,    Dayton, OH 45401-8807
517542491      +Robertson, Anschutz & Schneid, PL,    6409 Congress Ave., Ste. 100,    Boca Raton, FL 33487-2853
517542492      +Seterus,    P.O. Box 1077,    Hartford, CT 06143-1077
517542493      +Shapiro & Denardo, LLC,    14000 Commerce Parkway, Suite B,    Mount Laurel, NJ 08054-2242
517542494      +Stern, Lavinthal & Frankenberg LLC,    105 Eisenhower Parkway, Suite 302,
                 Roseland, NJ 07068-1640
517615899      +Todrabh Property Mgt, Inc.,    188 Country Club Dr.,    Florida, NY 10921-1518
517586614      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
517542496      +Wintrust Mortgage,    9700 W. Higgins Road,    Des Plaines, IL 60018-4796
517667236      +Wintrust Mortgage, a division of,    Barrington Bank & Trust, N.A.,
                 c/o Klein, Daday, Aretos & O'Donoghue,    2550 W. Golf Road, Suite 250,
                 Rolling Meadows, IL 60008-4014
517667127      +Wintrust Mortgage, a division of,    Barrington Bank & Trust, N.A.,
                 c/o Klein, Daday, Aretos & O'Donoghue, L,    2550 W. Golf Road, Suite 250,
                 Rolling Meadows, IL 60008-4014

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 17 2018 00:01:36      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 17 2018 00:01:34      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517615901      +EDI: CHASE.COM Aug 17 2018 03:28:00      Chase,    P.O. Box 15153,    Wilmington, DE 19886-5153
517615903      +EDI: WFNNB.COM Aug 17 2018 03:28:00      Comenity Bank,    P.O. Box 182789,
                 Columbus, OH 43218-2789
517542485      +E-mail/Text: bky@martonelaw.com Aug 17 2018 00:00:35      Frank J. Martone, PC,    1455 Broad St.,
                 Bloomfield, NJ 07003-3068
517615908      +EDI: CBSKOHLS.COM Aug 17 2018 03:28:00      Kohl's,    PO Box 3043,    Milwaukee, WI 53201-3043
517566628      +EDI: AIS.COM Aug 17 2018 03:28:00      T Mobile/T-Mobile USA Inc,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517671255      +E-mail/Text: bkteam@selenefinance.com Aug 17 2018 00:00:48      Trifera, LLC,
                 c/o Selene Finance,    9990 Richmond Ave, Suite 400 South,    Houston, TX 77042-4546
517671022       E-mail/Text: jennifer.chacon@spservicing.com Aug 17 2018 00:02:51
                 U.S. Bank Trust National Association,    c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
                 Salt Lake City, UT 84165-0250
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Aug 16, 2018
                              Form ID: 148             Total Noticed: 53
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
517615913       +EDI: WFFC.COM Aug 17 2018 03:28:00      Wells Fargo Bank,   P . o . Box 511 72,
                 Los Angeles, CA 90051-5472
517542495       +EDI: WFFC.COM Aug 17 2018 03:28:00      Wells Fargo Home Mortgage,   P.O. Box 10368,
                 Des Moines, IA 50306-0368
                                                                                             TOTAL: 11
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2018 at the address(es) listed below:
```
              Albert    Russo    docs@russotrustee.com
              Andrew M. Lubin    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee for
               Towd Point Master Funding Trust 2017-PM13 bkecf@milsteadlaw.com,   alubin@milsteadlaw.com
              Charles H. Jeanfreau    on behalf of Creditor    Selene Finance as servicer for Trifera, LLC
               Charlesj@w-legal.com,   BNCmail@w-legal.com
              Charles H. Jeanfreau    on behalf of Creditor    Trifera, LLC Charlesj@w-legal.com,
               BNCmail@w-legal.com
              Chong S. Kim    on behalf of Joint Debtor Marie T Pierre fax.csklaw@gmail.com
              Chong S. Kim    on behalf of Debtor Ludin  Pierre fax.csklaw@gmail.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Emmanuel J. Argentieri    on behalf of Creditor    Wintrust Mortgage, a division of Barrington Bank
               & Trust, N.A. bk@rgalegal.com
              Kevin Gordon McDonald    on behalf of Creditor    Deutsche Bank Trust Company Americas, as Trustee
               for Residential Accredit Loans, Inc., kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Melissa N. Licker    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               NJ_ECF_Notices@McCalla.com
              Nicholas V. Rogers    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               nj.bkecf@fedphe.com
              Phillip Andrew Raymond    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               phillip.raymond@mccalla.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 14
```