Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.: 18–20210–MBK
                Chapter: 13
                Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Ludin Pierre | Marie T Pierre |
| 1 Angel Place | 1 Angel Place |
| Somerset, NJ 08873 | Somerset, NJ 08873 |

Social Security No.:
  xxx–xx–0634                                         xxx–xx–7973

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>September 25, 2018</u>                 <u>Michael B. Kaplan</u>
                                                            Judge, United States Bankruptcy Court